**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JORGE ERIC GARCIA ROMAN,

Petitioner,

v.

FIELD OFFICE DIRECTOR, *et al.*

Respondents.

Civil Action No. 26-8444 (ZNQ)

**ORDER**

This matter comes before the Court on Petitioner's petition for a writ of habeas corpus. (ECF No. 1.) The Court having considered the petition in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 through Rule 1(b), and determined that dismissal prior to submission of an answer is not warranted, the Government shall be directed to file an answer to the petition.

Although the Court will direct the Government to answer the petition presently in light of the allegations in the petition, the Court notes that Petitioner has not paid the applicable filing fee or filed an application to proceed *in forma pauperis*. As the five dollar fee is required before this Court may ultimately decide this habeas matter, Petitioner shall either pay the fee or submit an *in forma pauperis* application. Failure to do so in a timely fashion shall result in this matter being administratively terminated.

**IT IS THEREFORE** on this 9th day of July 2026,

**ORDERED** that Respondents Field Office Director, the Secretary of the U.S. Department of Homeland Security, and the Attorney General are dismissed without prejudice from this matter as the proper respondent in a petition brought under 28 U.S.C. § 2241 is the warden of the facility

where the detainee is currently being held, in this case the remaining Respondent, the Facility Administrator of Delaney Hall, *see Rumsfeld v. Padilla*, 542 U.S. 426, 436 (2004); *Yi v. Maugans*, 24 F.3d 500, 507 (3d Cir. 1994); it is further

**ORDERED** that the Clerk of the Court shall serve copies of the petition (ECF No. 1), and this Order, upon Respondent the Facility Administrator of the Delaney Hall Detention Facility by regular mail, with all costs of service advanced by the United States; it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the petition, and this Order, to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; it is further

**ORDERED** that, within 3 days after the date of entry of this Order, Respondent shall electronically file a full and complete answer to the petition, which responds to the factual and legal allegations of the Petition paragraph by paragraph; it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243; it is further

**ORDERED** that Respondent shall raise by way of the answer any appropriate defenses which Respondent wishes to have the Court consider, including, but not limited to, exhaustion of administrative remedies, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; it is further

**ORDERED** that Respondent shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within 2 days after the answer is filed; it is further

**ORDERED** that, within 7 days after any change in Petitioner's custody or immigration status, be it a final order of removal or otherwise, Respondent shall electronically file a written notice of the same with the Clerk of the Court; it is further

**ORDERED** that the Government shall not transfer Petitioner out of Delaney Hall pending a final decision in this matter; it is further

**ORDERED** that the Government shall inform the Court of any transfer of Petitioner, including any that may predate the order barring transfers, within twenty-four hours; it is further

**ORDERED** that ICE shall file a declaration, signed under penalty of perjury, either by hand or electronically, by either the Newark Field Office Director or by the Newark Field Office Deputy Director, that indicates that ICE has (i) received this Court's Order prohibiting Petitioner's transfer from New Jersey; and (ii) received written legal advice from the United States Attorney's Office on the subject of ICE's obligation to comply with that Order; the declaration shall be filed on the public docket of the Court on or before 12**:00 p.m. EDT on July 10, 2026**; it is further

**ORDERED** that the United States Attorney's Office shall immediately file a letter on the Court's public docket if an Order of the Court is violated in connection with this case; it is further

**ORDERED** that Petitioner shall either submit the five dollar filing fee or submit a complete *in forma pauperis* application within thirty days; this Court will not decide this matter until the fee or a complete *in forma pauperis* application is submitted and this matter will be administratively terminated if this issue is not resolved within thirty days; it is further

**ORDERED** that the Clerk of the Court shall forward Petitioner a blank form Application to Proceed In Forma Pauperis in a Habeas Corpus Case, for use by a prisoner; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular mail.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**